**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

In re:  CROTZER, RODNEY K. § Case No. 16-13200
CROTZER, MARGIE A. §
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Mark N. Mathias, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $37,296.97 | Assets Exempt: | $27,396.97 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,092.98 | Claims Discharged Without Payment: | $133,400.41 |
| Total Expenses of Administration: | $1,907.02 | | |

3) Total gross receipts of $4,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $9,900.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,907.02 | $1,907.02 | $1,907.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $43,948.00 | $44,216.55 | $44,216.55 | $2,092.98 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $103,094.10 | $30,306.31 | $30,306.31 | $0.00 |
| **TOTAL DISBURSEMENTS** | $156,942.10 | $76,429.88 | $76,429.88 | $4,000.00 |

4) This case was originally filed under chapter 7 on 09/17/2016. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/13/2017          By: /s/ Mark N. Mathias
                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Settlement of Preference | 1229-000 | $4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Milan & Carol Gilman | 4110-000 | $9,900.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$9,900.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Mark N. Mathias | 2100-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Attorney for Trustee Fees - Freund Law Office | 3110-000 | NA | $712.50 | $712.50 | $712.50 |
| Attorney for Trustee, Expenses - Freund Law Office | 3120-000 | NA | $134.52 | $134.52 | $134.52 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $60.00 | $60.00 | $60.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,907.02 | $1,907.02 | $1,907.02 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | NA | $515.09 | $515.09 | $0.00 |
| 10 | Arizona Department of Economic SecurityChild Support Services Todd Sheridan | 5100-000 | NA | $43,701.46 | $43,701.46 | $2,092.98 |
| N/F | Child Support Enforcement | 5600-000 | $43,408.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $540.00 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $43,948.00 | $44,216.55 | $44,216.55 | $2,092.98 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | NA | $7,321.89 | $7,321.89 | $0.00 |
| 2U | Department of Treasury - Internal Revenue Service | 7100-000 | NA | $2,582.54 | $2,582.54 | $0.00 |
| 3 | Credit Bureau Data | 7100-000 | NA | $231.42 | $231.42 | $0.00 |
| 4 | Credit Bureau Data | 7100-000 | NA | $10,984.12 | $10,984.12 | $0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | NA | $754.03 | $754.03 | $0.00 |
| 6 | Quantum3 Group LLC as agent for Sadino Funding LLC | 7100-000 | NA | $259.00 | $259.00 | $0.00 |
| 7 | VERNON MEMORIAL HOSPITAL C/O CERTIFIED RECOVERY INC | 7100-000 | NA | $2,690.12 | $2,690.12 | $0.00 |
| 8 | VERNON MEMORIAL HOSPITAL C/O CERTIFIED RECOVERY INC | 7100-000 | NA | $1,303.51 | $1,303.51 | $0.00 |
| 9 | Capital One NAc/o Becket and Lee LLP | 7100-000 | NA | $287.89 | $287.89 | $0.00 |
| 11 | PYOD, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services | 7100-000 | NA | $357.96 | $357.96 | $0.00 |
| 12 | Gundersen Health System | 7100-000 | NA | $3,533.83 | $3,533.83 | $0.00 |
| N/F | Aligned for Health Chiro | 7100-000 | $470.48 | NA | NA | NA |
| N/F | Aligned for Health Chiro | 7100-000 | $231.42 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Americollect | 7100-000 | $293.00 | NA | NA | NA |
| N/F | Capital One Bank USA NA | 7100-000 | $660.00 | NA | NA | NA |
| N/F | Certified Recovery Inc. | 7100-000 | $719.28 | NA | NA | NA |
| N/F | Certified Recovery Inc. | 7100-000 | $150.00 | NA | NA | NA |
| N/F | Certified Recovery Inc. | 7100-000 | $200.00 | NA | NA | NA |
| N/F | Certified Recovery Inc. | 7100-000 | $2,136.00 | NA | NA | NA |
| N/F | Chase NA | 7100-000 | $11,868.65 | NA | NA | NA |
| N/F | Convergent Outsourcing, Inc. | 7100-000 | $494.00 | NA | NA | NA |
| N/F | Credit Bureau Data | 7100-000 | $374.90 | NA | NA | NA |
| N/F | Credit Bureau Data | 7100-000 | $175.06 | NA | NA | NA |
| N/F | Credit Bureau Data | 7100-000 | $876.70 | NA | NA | NA |
| N/F | Credit Bureau Data | 7100-000 | $7,570.00 | NA | NA | NA |
| N/F | Credit One Bank | 7100-000 | $314.00 | NA | NA | NA |
| N/F | Elan Financial Services | 7100-000 | $562.00 | NA | NA | NA |
| N/F | Enhanced Recovery Corp | 7100-000 | $187.00 | NA | NA | NA |
| N/F | Fingerhut/Webbank | 7100-000 | $1,954.17 | NA | NA | NA |
| N/F | Gundersen Health System | 7100-000 | $2,621.14 | NA | NA | NA |
| N/F | Gundersen Health System | 7100-000 | $709.13 | NA | NA | NA |
| N/F | Gundersen Lutheran | 7100-000 | $1,291.60 | NA | NA | NA |
| N/F | Gundersen Lutheran Admin Svcs | 7100-000 | $5,876.08 | NA | NA | NA |
| N/F | Gurstel Chargo | 7100-000 | $9,806.91 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Jefferson Capital Systems | 7100-000 | $1,048.00 | NA | NA | NA |
| N/F | Kohl's/Capital One | 7100-000 | $240.00 | NA | NA | NA |
| N/F | Marine Credit Union | 7100-000 | $5,178.00 | NA | NA | NA |
| N/F | Marine Credit Union | 7100-000 | $562.19 | NA | NA | NA |
| N/F | Nationwide Credit, Inc. | 7100-000 | $11,868.65 | NA | NA | NA |
| N/F | Sears/CNBA | 7100-000 | $2,511.00 | NA | NA | NA |
| N/F | The Danbury Mint | 7100-000 | $106.50 | NA | NA | NA |
| N/F | US Dept of Education | 7100-000 | $27,298.00 | NA | NA | NA |
| N/F | Vernon Memorial Hospital | 7100-000 | $816.92 | NA | NA | NA |
| N/F | Vernon Memorial Hospital | 7100-000 | $914.56 | NA | NA | NA |
| N/F | Vernon Memorial Hospital | 7100-000 | $400.00 | NA | NA | NA |
| N/F | Vernon Memorial Hospital | 7100-000 | $195.28 | NA | NA | NA |
| N/F | Vernon Memorial Hospital | 7100-000 | $719.28 | NA | NA | NA |
| N/F | Vernon Memorial Hospital | 7100-000 | $1,300.34 | NA | NA | NA |
| N/F | Vernon Memorial Hospital | 7100-000 | $393.86 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$103,094.10** | **$30,306.31** | **$30,306.31** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 16-13200 | Trustee Name: | (690470) Mark N. Mathias |
|---|---|---|---|
| Case Name: | CROTZER, RODNEY K. <br> CROTZER, MARGIE A. | Date Filed (f) or Converted (c): | 09/17/2016 (f) |
| | | § 341(a) Meeting Date: | 10/18/2016 |
| For Period Ending: | 09/13/2017 | Claims Bar Date: | 01/23/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | E 8002 Green Acres Rd. Lot 427, Viroqua, WI 54665-0000, Vernon County Manufactured or mobile home, 1997 Westwind Manufactured Home 16x80. Entire property value: $15,000.00 | 15,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2008 Ford Taurus X, 113,000 miles, KBB Value: $4,490.00 Location: E 8002 Green Acres Rd. Lot 427, Viroqua Wi 54665. Entire property value: $4,490.00 | 4,490.00 | 0.00 | | 0.00 | FA |
| 3 | furniture in manufactured home, including Whirpool Refrigerate | 800.00 | 0.00 | | 0.00 | FA |
| 4 | DVDs ($50), CDs ($50), TV ($200), DVD Player ($40), HP Laptop ($200), Phillips Speaker System ($300), Location: E 8002 Green Acres Rd. Lot 427, Viroqua WI 54665 | 840.00 | 0.00 | | 0.00 | FA |
| 5 | 9 mm Ruger Pistol Location: E 8002 Green Acres Rd. Lot 427, Viroqua WI 54665 | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Debtor 1 and Debtor 2's clothing Location: E 8002 Green Acres Rd. Lot 427, Viroqua WI 54665 | 400.00 | 0.00 | | 0.00 | FA |
| 7 | adding rings cation: E 8002 Green Acres Rd. Lot 427, Viroqua WI 54665 | 400.00 | 0.00 | | 0.00 | FA |
| 8 | 2 dogs Location: E 8002 Green Acres Rd. Lot 427, Viroqua WI 54665 | 20.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8

Page: 2

## Form 1

## Individual Estate Property Record and Report

## Asset Cases

Case No.: 16-13200  
Case Name: CROTZER, RODNEY K.  
CROTZER, MARGIE A.  
For Period Ending: 09/13/2017

Trustee Name: (690470) Mark N. Mathias  
Date Filed (f) or Converted (c): 09/17/2016 (f)  
§ 341(a) Meeting Date: 10/18/2016  
Claims Bar Date: 01/23/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | The debtor herewith avoids the fixing of any judicial liens or non possessory, non-purchase money liens on any of the above property scheduled in B-2 that impairs an exemption to which the Debtor would have been entitled under 11 U.S.C. Sec. 522(b) and in the type of property detailed in 11 U.S.C. Sec. 522(f)(5). | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Debtor 1 and Debtor 2's earned wages but not yet paid [9/12-9/16] Location: E 8002 Green Acres Rd. Lot 427, Viroqua W! 54665 | 790.00 | 0.00 | | 0.00 | FA |
| 11 | Cash | 128.00 | 0.00 | | 0.00 | FA |
| 12 | Checking: WCCU Credit Union Viroqua, Wisconsin | 14.55 | 0.00 | | 0.00 | FA |
| 13 | Checking: People's State Bank Prairie Du Chien, WI | 100.39 | 0.00 | | 0.00 | FA |
| 14 | Checking: WCCU Credit Union Viroqua, Wisconsin | 393.41 | 0.00 | | 0.00 | FA |
| 15 | 401 (k): Debtor 1's 401k Account (Value $2,758 less loan of $1,703=$1055) | 1,055.00 | 0.00 | | 0.00 | FA |
| 16 | 401 (k): Debtor 2's 401k Account (Value $10,300 less loan $1,000) | 9,300.00 | 0.00 | | 0.00 | FA |
| 17 | Rental deposit: Security Deposit with Landlord, Richard Zube E8002 Green Acres Rd., Lot 411 Viroqua, WI | 120.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

| Case No.: | 16-13200 | Trustee Name: | (690470) Mark N. Mathias |
|---|---|---|---|
| Case Name: | CROTZER, RODNEY K. <br> CROTZER, MARGIE A. | Date Filed (f) or Converted (c): | 09/17/2016 (f) |
| | | § 341(a) Meeting Date: | 10/18/2016 |
| For Period Ending: | 09/13/2017 | Claims Bar Date: | 01/23/2017 |

| Ref. # | 1 <br> Asset Description <br> (Scheduled And Unscheduled (u) Property) | 2 <br> Petition/ <br> Unscheduled <br> Values | 3 <br> Estimated Net Value <br> (Value Determined By Trustee, <br> Less Liens, Exemptions, <br> and Other Costs) | 4 <br> Property Formally <br> Abandoned <br> OA=§554(a) abandon. | 5 <br> Sale/Funds <br> Received by the <br> Estate | 6 <br> Asset Fully <br> Administered (FA)/ <br> Gross Value of <br> Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | 2016 Tax Refunds payable in 2017, in the approximate amount of $2,000 or exempt under 11 U.S.C. Sec. 522(d)(5), whichever is greater.: Federal and State | 2,000.00 | 0.00 | | 0.00 | FA |
| 19 | Debtor 2's wages garnished 90 days before filing bankruptcy (Discover Financial Bank) | 1,195.62 | 0.00 | | 0.00 | FA |
| 20 | Settlement of Preference  (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 20 | Assets     Totals     (Excluding unknown values) | **$41,296.97** | **$4,000.00** | | **$4,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Possible preference or fraudulent transfer; debtors gave co-debtor's father a vehicle whose FMV is $4500; car needs work, but once refurbished could be much more valuable. Debtors testified that it was given to the dad because of things he paid for them for which they owed him.

    Trustee objected to debtors' exemption in the manufactured home because only co-debtor's father's name is on the title. Trustee argument is that debtors have no interest to exempt. Hearing held and court ruled that debtors don't have an interest in the manufactured home because it is owned by co-debtor's father and that the manufactured home  is not property of the estate. This clears trustee's path to pursue a preference payment avoidance action.

    Debtors are willing to settle preference claim for $4000, but can't pay more than $150 per month. Co-debtor's father willing to sell the car to raise the money necessary. Trustee told debtors he will accept $150 per month for 5 months and a balloon for the balance. Debtors' schedules indicate possible 2016 tax refund of $2000 and $1195 in wages garnished within 90 days of the debtors' filing. Making installments over several months will afford debtors the time necessary to receive their tax refund and recovery of the garnished wages.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 07/01/2017 | **Current Projected Date Of Final Report (TFR):** | 07/19/2017 (Actual) |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

| | |
|---|---|
| **Case No.:** 16-13200 | **Trustee Name:** (690470) Mark N. Mathias |
| **Case Name:** CROTZER, RODNEY K. <br> CROTZER, MARGIE A. | **Date Filed (f) or Converted (c):** 09/17/2016 (f) <br> **§ 341(a) Meeting Date:** 10/18/2016 |
| **For Period Ending:** 09/13/2017 | **Claims Bar Date:** 01/23/2017 |

09/13/2017
——————————
Date

/s/Mark N. Mathias
——————————————————
Mark N. Mathias

UST Form 101-7-TDR ( 10 /1/2010)

| | | Exhibit 9 |
|---|---|---|
| | | Page: 1 |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-13200 | Trustee Name: | Mark N. Mathias (690470) |
|---|---|---|---|
| Case Name: | CROTZER, RODNEY K. CROTZER, MARGIE A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0859 | Account #: | ******3100 Checking |
| For Period Ending: | 09/13/2017 | Blanket Bond (per case limit): | $1,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/25/2017 | {20} | Margie Crotzer<br><br>E8002 Green Acres Road, Lot 427<br>Viroqua, WI 54665 | Installment for Settlement of Preference | 1229-000 | 150.00 | | 150.00 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 140.00 |
| 02/28/2017 | {20} | Margie Crotzer<br><br>E8002 Green Acres Road, Lot 427<br>Viroqua, WI 54665 | Installment for Settlement of Preference | 1229-000 | 150.00 | | 290.00 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 280.00 |
| 03/31/2017 | {20} | Margie Crotzer<br><br>E8002 Green Acres Rd., Lot 427<br>Viroqua, WI 54665 | Installment for Settlement of Preference | 1229-000 | 150.00 | | 430.00 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 420.00 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| | | Form 2 | | | | Page: 2 |

## Cash Receipts And Disbursements Record

| Case No.: | 16-13200 | Trustee Name: | Mark N. Mathias (690470) |
|---|---|---|---|
| Case Name: | CROTZER, RODNEY K. CROTZER, MARGIE A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0859 | Account #: | ******3100 Checking |
| For Period Ending: | 09/13/2017 | Blanket Bond (per case limit): | $1,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/21/2017 | {20} | Margie Crotzer<br><br>E8002 Green Acres Rd., Lot 427<br>Viroqua, WI 54665 | Settlement Payment | 1229-000 | 150.00 | | 570.00 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 560.00 |
| 05/30/2017 | {20} | Margie A Crotzer<br><br>E8002 Green Acres Rd., Lot 427<br>Viroqua, WI 54665 | Installment of Settlement for Preference | 1229-000 | 150.00 | | 710.00 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 700.00 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 690.00 |
| 07/06/2017 | {20} | Margie Crotzer<br><br>E8002 Green Acres Road, Lot 427<br>Viroqua, WI 54665 | Final Installment of Preference Settlement | 1229-000 | 3,250.00 | | 3,940.00 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-13200 | Trustee Name: | Mark N. Mathias (690470) |
|---|---|---|---|
| Case Name: | CROTZER, RODNEY K. CROTZER, MARGIE A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0859 | Account #: | ******3100 Checking |
| For Period Ending: | 09/13/2017 | Blanket Bond (per case limit): | $1,500,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/06/2017 | {20} | Margie Crotzer<br><br>E8002 Green Acres Road, Lot 427<br>Viroqua, WI 54665 | Final Installment of Preference Settlement | 1229-000 | 3,250.00 |  | 7,190.00 |
| 07/06/2017 | {20} | Margie Crotzer<br><br>E8002 Green Acres Road, Lot 427<br>Viroqua, WI 54665 | Deposit Reversal: Final Installment of Preference Settlement | 1229-000 | -3,250.00 |  | 3,940.00 |
| 08/25/2017 | 101 | Arizona Department of Economic SecurityChild Support Services Todd Sheridan<br><br>Clearinghouse, DCSS Dept. AR3155, PO Box 36626<br>Phoenix, AZ 85067 |  | 5100-000 |  | 2,092.98 | 1,847.02 |
| 08/25/2017 | 102 | Freund Law Office<br><br>920 South Farwell Street, PO Box 222<br>Eau Claire, WI 54702-0222 |  | 3110-000 |  | 712.50 | 1,134.52 |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

Exhibit 9
Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-13200 | Trustee Name: | Mark N. Mathias (690470) |
|---|---|---|---|
| Case Name: | CROTZER, RODNEY K.<br>CROTZER, MARGIE A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0859 | Account #: | ******3100 Checking |
| For Period Ending: | 09/13/2017 | Blanket Bond (per case limit): | $1,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/25/2017 | 103 | Freund Law Office<br><br>920 South Farwell Street, PO Box 222<br>Eau Claire, WI 54702-0222 | | 3120-000 | | 134.52 | 1,000.00 |
| 08/25/2017 | 104 | Mark N. Mathias<br><br>920 S. Farwell St.<br>Eau Claire, WI 54701 | | 2100-000 | | 1,000.00 | 0.00 |
| | | | **COLUMN TOTALS** | | 4,000.00 | 4,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,000.00 | 4,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,000.00** | **$4,000.00** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | |
|---|---|
| **Case No.:** | 16-13200 |
| **Case Name:** | CROTZER, RODNEY K. |
| | CROTZER, MARGIE A. |
| **Taxpayer ID #:** | **-***0859 |
| **For Period Ending:** | 09/13/2017 |

| | |
|---|---|
| **Trustee Name:** | Mark N. Mathias (690470) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******3100 Checking |
| **Blanket Bond (per case limit):** | $1,500,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3100 Checking | $4,000.00 | $4,000.00 | $0.00 |
| | **$4,000.00** | **$4,000.00** | **$0.00** |

09/13/2017
**Date**

/s/Mark N. Mathias
**Mark N. Mathias**

**UST Form 101-7-TDR (10 /1/2010)**