UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Grzegorz Tarapacz, | ) | Case No. 16 B 13200 |
| | ) | |
| Debtor. | ) | Honorable Judge Deborah L. Thorne |
| | ) | |

## NOTICE OF WITHDRAWAL

To:   See Attached Service List

    PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** previously filed on September 25, 2017 **(Document #29)** is withdrawn.   It is withdrawn because the document was filed on the wrong case.

                                    /s/ Patrick S. Layng
                                    Patrick S. Layng, U.S. Trustee
                                    Office of the U.S. Trustee
                                    219 South Dearborn, Room 873
                                    Chicago, Illinois   60604
                                    (312) 886-7481

## CERTIFICATE OF SERVICE

    I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on September 25, 2017, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on September 25, 2017.

                                    /s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Robert Skowronski
tbskowonski@gmail.com

**Parties Served via First Class Mail:**

**Marilyn O. Marshall**
224 South Michigan, Suite 800
Chicago, IL   60604

**Grzegorz Tarapacz**
1782 Dyer Drive, Bsmt Apt
Bartlett, IL   60103